NIXON PEABODY LLP
Seth D. Levy (SBN 217638)
slevy@nixonpeabody.com
Erica J. Van Loon (SBN 227712)
evanloon@nixonpeabody.com
Mark S. Zhai (SBN 287988)
mzhai@nixonpeabody.com
300 South Grand Ave., Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

*Attorneys for Plaintiff*

PAUL HASTINGS LLP
Steven A. Marenberg (Bar No. 101033)
stevenmarenberg@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5710
Facsimile: (310) 620-5810

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFETIME BRANDS, INC., a Delaware Corporation, | Case No.: 2:22-cv-08037-FLA (JEMx) |
| Plaintiff, | **STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| ZOETOP BUSINESS CO., LIMITED d/b/a SHEIN, a Hong Kong Private Limited Company; SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation; FASHION MARKETING AND MERCHANDISING GROUP, INC, a California Corporation; and DOES 1-10, inclusive, | Hon. Fernando L. Aenlle-Rocha |
| Defendants. | |

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2            PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii), Plaintiff

3    Lifetime Brands, Inc. and Defendants Zoetop Business Co., Limited and Shein

4    Distribution Corporation hereby stipulate to dismissal of the above-captioned action

5    *with prejudice*.  This dismissal is without an award of costs or fees, and each Party shall

6    bear its own attorneys' fees and costs in connection with this matter.

7

8                                            Respectfully submitted,

9

10   Dated:  May 30, 2023              **NIXON PEABODY LLP**

11                                      By:  _/s/ Erica J. Van Loon ___
                                          Seth D. Levy
12                                        Erica J. Van Loon
                                          Mark S. Zhai
13
                                          ***Attorneys for Plaintiff***
14                                        ***Lifetime Brands, Inc.***

15

16   Dated:  May 30, 2023              **PAUL HASTINGS LLP**

17                                      By:  _/s/ Steven A. Marenberg ____
                                          Steven A. Marenberg
18
                                          ***Attorneys for Defendants Zoetop***
19                                        ***Business Co., Limited and Shein***
                                          ***Distribution Corporation***
20

21

22              **ATTESTATION RE ELECTRONIC SIGNATURES**

23          The undersigned hereby attest that all other signatories indicated above, and on

24   whose behalf the filing is submitted, concur in the filing's content and have authorized

25   the filing, consistent with Civil L.R. 5-4.3.4(a)(2)(i).

26

27   Dated:  May 30, 2023              By:  _/s/ Erica J. Van Loon ___
                                          Erica J. Van Loon
28

STIPULATION TO DISMISSAL OF ACTION
WITH PREJUDICE                          2                    2:22-cv-08037-FLA (JEMx)